**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| ATAM, Inc. | ) | Bankruptcy No. 11 B 16836 |
| | ) | Chapter 11 |
| Debtor | ) | Judge Jacqueline P. Cox |

To:    See Attached List

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **April 17, 2012,** at the hour of 10:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Jacqueline P. Cox in Courtroom 680 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in her place and stead, and shall then and there present the attached **Motion for Entry of Final Decree** a copy of which is hereby served upon you. You may appear if you so choose.

> David P. Lloyd
> Grochocinski, Grochocinski and Lloyd, Ltd.
> 1900 Ravinia Place
> Orland Park IL  60462
> (708) 226-2700
> Fax:  (708) 226-9030

### CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated by insertion of an e-mail address, or by first class mail by depositing with the United States Postal Service, Orland Park, Illinois, postage prepaid, prior to 5:00 P.M., this 30th day of March, 2012.

> /s/ David P. Lloyd
> David P. Lloyd

**Notice List
ATAM, Inc.
11 B 16836**

U.S. Trustee
USTPRegion11.ES.ECF@usdoj.gov

American Express Gold
Box 0001
Los Angeles CA  90096-8000

Finecraft Customer Shutters
c/o Collection Group of Canada
2550 Victoria Park Av.
Suite 600
Toronto, Ontario, Canada

Capital One
P.O. Box 6492
Carol Stream IL  60197-6492

Venetial Blinds, Inc.
1515 E. Woodfield Rd.
Suite 1400
Schaumburg IL  60173

Chase/BP
P.O. Box 15325
Wilmington DE  19886-5325

Window Products
2485 112th Av.
Holland MI  49424

Chrysler Financial
P.O. Box 551080
Jacksonville FL  32255

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| ATAM, Inc. | ) | Bankruptcy No. 11 B 16836 |
| | ) | Chapter 11 |
| Debtor | ) | Judge Jacqueline P. Cox |

**MOTION FOR ENTRY OF FINAL DECREE**

NOW COMES the Debtor, ATAM, Inc., by and through its attorneys, Grochocinski, Grochocinski and Lloyd, Ltd., and moves this honorable Court for entry of a final decreee in this confirmed Chapter 11 case, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on April 20, 2011. The Debtor's Plan was confirmed on February 8, 2012.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. No priority claims were filed and none paid.

4. The Debtor has made the first plan payment toward holders of general unsecured claims.

5. Evidence of the payments of the above are set forth on the attached exhibit.

6. Said payments constitute substantial consummation of the confirmed plan and this case should now be closed.

WHEREFORE the Debtor prays that the Court enter a final decree and direct the Clerk of the Court to close the case.

                    Respectfully submitted,
                    ATAM, Inc.

                    By:_____/s/ David P. Lloyd_____
                          One of its attorneys

David P. Lloyd
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park IL  60462
(708) 226-2700
Fax:  (708) 226-9030