UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>ATAM, Inc.<br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   11-16836<br><br>Chapter:  11<br>Honorable Susan Pierson Sonderby |

## FINAL DECREE

THIS CAUSE coming on to be heard on the Debtor's motion for entry of final decree, due notice having been given, the Court finding that the Debtor has substantially consummated the confirmed plan, and the Court being otherwise advised in the premises;

IT IS HEREBY ORDERED that the Motion for Final Decree is granted. The Clerk of Court is directed to close this case.

Enter:

*/s/ Susan Pierson Sonderby*
United States Bankruptcy Judge

Dated: **- 2 MAY 2012**

**Prepared by:**
David P. Lloyd
Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park IL  60462

Rev: 20120209_bko